**John Paul TURNER, a/k/a Pops,
Plaintiff—Appellant,**

v.

**CEO OF THE WHITE HOUSE; CEO of
Commonwealth of Virginia; CEO of
the County of Augusta, Defendants—
Appellees.**

**No. 10–1168.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 1, 2010.

Decided: May 20, 2010.

John Paul Turner, Appellant Pro Se.

Before TRAXLER, Chief Judge, and NIEMEYER and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Turner v. CEO of the White House,* No. 7:10–cv–00038–sgw (W.D.Va. Jan. 25 & 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*